MEMORANDUM **
David J. Edwards (“Edwards”) appeals the district court’s denial of his motion to suppress grand jury testimony and dismiss the indictment. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.
Assuming, without deciding, that the district court erred in denying Edwards’s motion to suppress Ledbetter’s grand jury testimony, we conclude that the error was harmless. “[A]s a general matter, a district court may not dismiss an indictment for errors in grand jury proceedings unless such errors prejudiced the defendants.” Bank of Nova Scotia v. United States, 487 U.S. 250, 254, 108 S.Ct. 2369, 101 L.Ed.2d 228 (1988). Since the testimony and documentary evidence that Special Agent Brian Applegate presented to the grand jury were clearly sufficient to support the indictment, the admission of Ledbetter’s testimony did not “ ‘substantially [influence] the grand jury’s decision to indict’ ” and the district court properly declined to dismiss the indictment. See id. at 256, 108 S.Ct. 2369(quoting United States v. Mechanik, 475 U.S. 66, 78, 106 S.Ct. 938, 89 L.Ed.2d 50 (1986) (O’Connor, J., concurring)).
AFFIRMED.

 This disposition is not appropriate for publication and is not precedent except as provided by 9 th Cir. R. 36-3.